# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 1632 Disciplinary Docket No. 3 |
| | : |
| ROBERT M. DANENBERG | : No. 130 DB 2010 |
| | : |
| | : Attorney Registration No. 43657 |
| | : |
| PETITION FOR REINSTATEMENT | : (Allegheny County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2016, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).